Javier Zepeda **LOPEZ;**
**et al., Petitioners,**

v.

**Alberto R. GONZALES, Attorney General, Respondent.**

**No. 07–70279.**

United States Court of Appeals,
Ninth Circuit.

Submitted Aug. 20, 2007.*

Filed Aug. 24, 2007.

Javier Zepeda Lopez, El Monte, CA, pro se.

Ronald E. Lefevre, Chief Counsel, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, Kathryn L. Deangelis, U.S. Department of Justice, Civil Division, Washington, D.C., for Respondent.

Before: SCHROEDER, Chief Judge, KLEINFELD and M. SMITH, Circuit Judges.

MEMORANDUM **

This is a petition for review of the Board of Immigration Appeals' ("BIA") order denying petitioners' motion to reconsider or to reopen proceedings.

Upon review of the record and petitioners' response to the court's order to show

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

cause, we conclude that the BIA did not abuse its discretion in denying petitioners' motion to reconsider or to reopen proceedings. The motion to reconsider was untimely. *See* 8 C.F.R. § 1003.2(b)(2); *Lara–Torres v. Ashcroft*, 383 F.3d 968, 972 (9th Cir.2004). The motion to reopen was untimely and did not meet any of the regulatory exceptions. *See* 8 C.F.R. § 1003.2(c)(2), (3); *Rodriguez–Lariz v. INS*, 282 F.3d 1218, 1222 (9th Cir.2002).

**PETITION FOR REVIEW DENIED.**

[*] This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

[**] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.